

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LYNDA PICHEL,<br><br>    Petitioner,<br><br>v.<br><br>MARY LATTIMORE, Warden,<br><br>    Respondent. | Case No. EDCV 09-0499-AHM (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation and all of the records and files herein. The Court accepts and adopts the findings and recommendations of the United States Magistrate Judge in the Report and Recommendation attached hereto and orders that Respondent's Motion to Dismiss be denied.

Dated: June 29, 2009

A. Howard Matz
United States District Judge