JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

LYNDA PICHEL,

    Petitioner,

v.

MARY LATTIMORE, Warden,

    Respondent.

Case No. EDCV 09-00499-AHM (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: October 15, 2010



A. Howard Matz
United States District Judge